UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CASSANDRA KINCAID, ) | Case No. 1:17 cv1340 |
| ) | |
| ) | JUDGE DONALD C. NUGENT |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| AUTO SERVICES UNLIMITED, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

Counsel has notified the Court that above captioned case has been dismissed with prejudice. Therefore, this case is dismissed with prejudice.

IT IS SO ORDERED.

_/s/Donald C. Nugent___
DONALD C. NUGENT
United States District Judge

DATE: __July 2, 2018____